| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X B. Butler    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) B. Bothea    C. Date of Delivery 9/16/05 |
| 1. Article Addressed to: Speaks Case<br>Eli Lilly & Co.<br>National Registered<br>Agents, Inc.<br>150 S. Perry Street<br>Montgomery AL<br>05cv873    36104 | D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) 700  7004 1160 0002 2679 0702 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1 | |