**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 7, 2005

## NOTICE OF NON-COMPLIANCE

**To:** Attorneys Barry H. Boise, DaQuana Carter and Nina M. Gussack

**Case Style:** Forest Speaks v. Eli Lilly and Company

**Case Number:** 2:05cv873-B

Our records reflect that you <u>have not been admitted</u> to practice in this Court. This court requires that any attorney who is not a member of the Bar of this court but who is admitted to practice before the United States District Court for the district in which such person resides or regularly practices by law, may, upon request, be admitted <u>pro hac vice</u> by an order of any judge of this court. This court also requires that the motion contain a Certificate of Good Standing from the United States District Court in which the attorney is admitted to practice. Any such attorney who appears as counsel by filing any pleading or paper in any case pending in this court must within ten (10) days thereafter apply for admission <u>pro hac vice</u> as set out herein; or be admitted to this court generally.

Therefore, within the time limit set out above, you are required to petition Magistrate Judge Delores R. Boyd for admittance <u>pro hac vice</u>.

Effective October 1, 1999, there is a $20.00 fee for each and every <u>pro hac vice</u> admittance.