RECEIVED
2005 OCT 19 A 10: 26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FOREST SPEAKS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 2:05 cv 873-B |
| ELI LILLY AND COMPANY, | ) |
| Defendant. | ) |

### MOTION BY DEFENDANT ELI LILLY AND COMPANY
### TO ADMIT COUNSEL *PRO HAC VICE*

Defendant Eli Lilly and Company, by and through its undersigned counsel who are members in good standing of the Bar of this Court, moves the Court to permit applicants Nina M. Gussack, Barry H. Boise, and DaQuana Carter, of the firm Pepper Hamilton LLP of Philadelphia, Pennsylvania, to appear and participate *pro hac* vice in this civil action. The applicants are each admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the district in which the applicants reside or regularly practice law. A Certificate of Good Standing for each applicant is attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $60.00 ($20.00 per applicant) in payment of the fee prescribed by the local rules of the United States District Court for the Middle District of Alabama.

Respectfully submitted this 17th day of October, 2005.

_/s/ Al D Mathis_
James C. Barton, Jr. (BAR014)
Bar Number: ASB-0237-B51J
Email: jbartonjr@jbpp.com

Alan D. Mathis (MAT052)
Bar Number: ASB-8922-A59M
Email: adm@jbpp.com

Attorneys for defendant
Eli Lilly and Company

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203
(205) 458-9400
(205) 458-9500 (fax)

**OF COUNSEL:**

Nina M. Gussack
Barry H. Boise
DaQuana Carter
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
(215) 981-4000
(215) 981-4750 (fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify the above and foregoing has been served upon the following counsel of record, by United States Mail, first-class, postage-prepaid and properly addressed on this, the 18th day of October, 2005:

      Joe R. Whatley, Jr.
      William Todd Harvey
      WHATLEY DRAKE, L.L.C.
      2323 Second Avenue North
      P.O. Box 10647
      Birmingham, Alabama  35202-0647
      (205) 328-9576

_____
Of Counsel

W0529757.DOC