# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Nina M. Gussack, Bar # 31054, was duly admitted to practice in said Court on July 2, 1980, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania        MICHAEL E. KUNZ
                                                                                           Clerk of Court

on October 11, 2005.                          BY *Aida Ayala*
                                                             Aida Ayala,     Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Barry H. Boise, Bar # 63125, was duly admitted to practice in said Court on October 7, 1993, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                       Clerk of Court

on October 11, 2005.                          BY *Aida Ayala*
                                                  Aida Ayala,      Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That DaQuana Carter, Bar # 91139, was duly admitted to practice in said Court on January 16, 2004, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                   Clerk of Court

on October 11, 2005.                     BY _____
                                           Aida Ayala,     Deputy Clerk