IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FOREST SPEAKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELI LILLY and COMPANY, )<br>)<br>) | 2:05-CV-873-B |

**ORDER ON MOTION**

Upon consideration of the *Motion by Defendant Eli Lilly and Company to Admit Counsel Pro Hac Vice* (Doc. 6, filed October 19, 2005), it appears that **Nina M. Gussack**, **Barry H. Boise**, and **DaQuana Carter** are members in good standing of the United States District Court, Eastern District of Pennsylvania, and are otherwise eligible to appear *pro hac vice* in this proceeding as counselors of record for Defendant Eli Lilly and Company.

Accordingly, it is **ORDERED** that the Motion is **GRANTED.**

DONE this 24th day of October, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE