# Pepper Hamilton LLP
#### Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

Matthew J. Hamilton
direct dial: 215-981-4053
hamiltom@pepperlaw.com

September 20, 2005

<u>Via FedEx</u>

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

Re:   <u>In re: Zyprexa Products Liability Litigation</u>
      MDL Docket No. 1596

Dear Mr. Beck:

On behalf of Movant Eli Lilly and Company, I enclose for filing a Notice of Potential Tag-Along Actions. I enclose a self-addressed, stamped envelope for your convenience in returning a filed stamped copy to me for our files.

Respectfully,

*[signature]*

Matthew J. Hamilton

Enclosures

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Zyprexa Products Liability Litigation  )
                                              )
                                              )
                                              )   MDL No. 1596
                                              )
                                              )
                                              )
                                              )
                                              )

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS (ANDERSON ET AL.)

Movant Eli Lilly and Company ("Lilly"), pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby notifies the Clerk of the Panel of potential tag-along actions as set forth in the attached Schedule and states as follows:

1. By Motion to Transfer dated December 22, 2003, filed by the Panel on December 31, 2003, Lilly sought consolidation and coordination of eight actions as set forth in the Schedule of Actions attached thereto.

2. By Transfer Order dated April 14, 2004, the Panel ordered that the actions subject to Lilly's Motion for Transfer be transferred to the District Court for the Eastern District of New York and assigned to the Honorable Jack B. Weinstein for coordinated and consolidated pretrial proceedings.

3. There are now additional actions pending in federal courts that involve common questions of fact and law:

- Anderson et al. v. Eli Lilly and Company (D.Minn.), in which plaintiffs allege that they ingested Zyprexa® and suffered injuries, including diabetes, as a result.

- Foster v. Eli Lilly and Company (N.D.Ala.), in which plaintiff alleges that he ingested Zyprexa® and suffered injuries, including diabetes, as a result.

- Hunter v. Eli Lilly and Company et al. (W.D.Mo.), in which plaintiff alleges that her decedent ingested Zyprexa® and suffered injuries as a result, and seeks to represent a class of all persons allegedly injured by Zyprexa®.

- Nielsen et al. v. Eli Lilly and Company (D.Minn.), in which plaintiffs allege that they ingested Zyprexa® and suffered injuries, including diabetes, as a result.

- Preston v. Eli Lilly and Company (D.Idaho), in which plaintiff alleges that he ingested Zyprexa® and suffered injuries, including diabetes, as a result.

- Speaks v. Eli Lilly and Company (M.D.Ala.), in which plaintiff alleges that he ingested Zyprexa® and suffered injuries, including diabetes, as a result.

- Turnbull et al. v. Eli Lilly and Company (D.Minn.), in which plaintiffs allege that they ingested Zyprexa® and suffered injuries, including diabetes, as a result.

4. Copies of the Complaints are attached hereto for the Panel's Convenience.

5. The potential tag-along actions, like those actions identified in the Schedule of Actions attached to Lilly's Motion to Transfer, involve allegations that Zyprexa® caused injuries, including diabetes.

-3-

6. Transfer of the potential tag-along actions to the Eastern District of New York for consolidated and coordinated pre-trial proceedings is therefore appropriate for the same reasons as set forth in Lilly's Motion to Transfer and Brief in Support thereof.

Respectfully submitted,

_____
Nina M. Gussack
Andrew R. Rogoff
Matthew J. Hamilton
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000
Attorneys for Defendant Eli Lilly and Company

Dated: September 20, 2005

## SCHEDULE

| Name of Action | District Court and Division | Civil Number | Judge (if assigned) |
|---|---|---|---|
| John R. Anderson, Steve Antecki, Richard M. Dykstra, Debra S. Faber, Theresa Argersinger, Janet L. Tibbe, Gloria L. Paterson, James A. Shields, and Nathaniel Cole v. Eli Lilly and Company | District of Minnesota | 0:05-CV-02132-MJD-JJG | Hon. Michael J Davis |
| Robert Foster v. Eli Lilly and Company | Northern District of Alabama | 2:05-CV-01921-WMA | Hon. William M Acker Jr. |
| Shontil Hunter v. Eli Lilly and Company, Rainbow Mental Health Facility, Kuldeep K. Singh, M.D., Wyandotte Center for Community Behavioral Healthcare, Jorge D. Gandolfo, M.D., and Andrei A. Pikalov, M.D. | Western District of Missouri | 4:05-CV-00839-ODS | Hon. Ortrie D. Smith |
| Kent L. Nielsen, Wayne Blackham, Sherene Demings, Nicole Ervin, Debbie Gibson, Jan Glover, Shannon Gorder, Kim Kankelborg, Maggie Kunz, Lisa McNeill, Lyle Meadows, Michael Miller, Pam Morse and Leonard Wadman v. Eli Lilly and Company | District of Minnesota | 0:05-CV-02131-ADM-JSM | Hon. Ann D Montgomery |
| Tom W. Preston v. Eli Lilly and Company | District of Idaho | 1:05-CV-00350-LMB | Hon. Larry M. Boyle |
| Forest Speaks v. Eli Lilly and Company | Middle District of Alabama | 2:05-CV-00873-DRB | Hon. Delores R. Boyd |
| Steven J. Turnbull, Janet A. Hartsfield, Stephen A. Bazzano, Thomas J. Bittelari, Kenneth Booze, Miki T. Calbero, Loretta Earl, Mark S. Hillyer, Lynda A. Howard, Joseph Y. Lee, Robert M. Waite and Lucille S. Walker v. Eli Lilly and Company | District of Minnesota | 0:05-CV-02130-RHK-JSM | Hon. Richard H Kyle |

-5-

## CERTIFICATE OF SERVICE

I, Matthew J. Hamilton, hereby certify that on September 20, 2005, I caused to be served a true and correct copy of the foregoing Notice of Potential Tag-Along Action upon the following by United States Mail, First Class postage prepaid.

Rhett McSweeney, Esq.
McSweeney & Fay
2116 2nd Avenue South
Minneapolis, MN 55404

**Counsel for Plainitffs in Anderson, Nielsen and Turnbull actions**

Joe R. Whatley, Jr., Esq.
Whatley Drake, L.L.C.
2323 Second Avenue North
P.O. Box 10647
Birmingham, AL 35202-0647

**Counsel for Plaintiffs Foster and Speaks**

Kenneth B. McClain, Esq.
Humphrey, Farrington & McClain
221 W. Lexington, Suite 400
Independence, MO 64050

**Counsel for Plaintiff Hunter**

Kevin B. Homer, Esq.
1565 South Boulevard
Idaho Falls, ID 83404

**Counsel for Plaintiff Preston**

Matthew J. Hamilton